1
2
3
4
5                           UNITED STATES DISTRICT COURT

6            CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

7    SYLVIA ZAMORA,                        Case No. 8:14-cv-01564-DOC-AN

8              Plaintiff,                  [PROPOSED] ORDER GRANTING
9                                          RULE 41(a)(1)(A)(i) DISMISSAL
10     v.                                  WITHOUT PREJUDICE OF
                                           DEFENDANT MERCHANTS
11   MERCHANTS FINANCIAL                   FINANCIAL GUARDIAN, INC. [10]
12   GUARDIAN, INC.; and
     LAW OFFICES OF NGUYEN &               Judge:    Hon. David O. Carter
13   HALE,                                 Ct.:      9D
14
15                                         Location:  U.S. Courthouse
               Defendants.                            411 W. 4th St.
16                                                    Santa Ana, CA 92701
17

18          The moving papers considered, and,

19          FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Rule

20   41(a)(1)(A)(i) Voluntary Dismissal without prejudice of Defendant MERCHANTS

21   FINANCIAL GUARDIAN, INC.

22          **IT IS SO ORDERED.**

23
                                           *[signature]* David O. Carter
24   DATED: October 24, 2014              _____
25                                         HONORABLE DAVID O. CARTER
                                           United States District Judge
26

27

TorkLaw
                                    - 1 -        *Case# 8:14-cv-01564-DOC-AN*
                   Order Granting Voluntary Dismissal Under Rule 41(a): Merchants