1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   STEPHEN H. TURNER (SBN: 89627)
2      Email: Stephen.Turner@lewisbrisbois.com
   633 W. 5th Street, Ste. 4000
3  Los Angeles, California 90071
   Telephone: 213.250.1800
4  Facsimile: 213.250.7900

5  Attorneys for Defendant Law Offices of
   Nguyen & Hale
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | SYLVIA ZAMORA,                        | CASE NO. 8:14-cv-01564-DOC-AN
12 |         Plaintiff,                    | **STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |   vs.                                 |
14 | MERCHANTS FINANCIAL GUARDIAN, INC.; and LAW OFFICES OF NGUYEN & HALE, |
15 |                                       |
16 |         Defendants.                   |

17     TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18     The parties to this action through their counsel of record hereby stipulate that this matter

19  may be dismissed, with prejudice. The parties will bear their own fees and costs.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27
28



4821-8200-4515.1

STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: May 5, 2015 | THE TORKZADEH LAW FIRM |
| 2 | | |
| 3 | | By: _/s/ Reza Torkzadeh_<br>Reza Torkzadeh |
| 4 | | |
| 5 | | |
| 6 | DATED: April 15, 2015 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _/s/ Stephen H. Turner_<br>Stephen H. Turner<br>Attorneys for Defendant LAW OFFICES OF NGUYEN & HALE |

4821-8200-4515.1

2

STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE